IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| YATES FOIL U.S.A., INC., et al.,<br><br>             Plaintiffs,<br><br>        v.<br><br>ILJIN GROUP, et al.,<br><br>             Defendants. | Civil No. 05-3902-RMB-AMD |

**SCHEDULING ORDER**

      This Scheduling Order sets forth the following directives:

      IT IS this **13th** day of **August 2008,** hereby **ORDERED:**

      1. The Court will conduct a telephone status conference on **September 8, 2008 at 11:15 A.M.**. Counsel for plaintiffs shall initiate the telephone call.

                                  s/ Ann Marie Donio
                                  ANN MARIE DONIO
                                  United States Magistrate Judge

cc:   Hon. Renée Marie Bumb